# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER ACOSTA, UNITED STATES SECRETARY OF LABOR, <br><br> Plaintiff. <br><br> v. <br><br> VALLEY HOTEL, et al., <br><br> Defendants. | No. 4:17-CV-00113 <br><br> (Judge Brann) |

# ORDER

**AND NOW**, this 11th day of December 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, ECF No. 13 is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to the Plaintiff's FLSA overtime and minimum wage claims arising before January 14, 2014, that are not mentioned in the November 6, 2013 Back Wage Compliance and Payment Agreement, ECF No. 19.
2. The Motion is otherwise **DENIED.**
3. The Defendants shall file an answer to Plaintiff's Amended Complaint, ECF No. 11, on or before January 2, 2018.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge