# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, UNITED STATES SECRETARY OF LABOR, <br><br> Plaintiff. <br><br> v. <br><br> VALLEY HOTEL, et al., <br><br> Defendants. | No. 4:17-CV-00113 <br><br> (Judge Brann) |

## ORDER

### JULY 5, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Government's Motion for Leave to File a Second Amended Complaint, ECF No. 25, is **GRANTED**. The Government is directed to file its amended complaint within 7 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge