# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor, | No. 4:17-CV-00113 |
| | (Judge Brann) |
| Plaintiff, | |
| v. | |
| VALLEY HOTEL, INC., d/b/a Valley Hotel, THOMAS E. SMITH, T.E.S. LTD., d/b/a Valley Hotel, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 17th day of January 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 49) is **GRANTED** with respect to the validity of the Back Wage Compliance and Payment Agreement. Defendants' Motion is **DENIED** in all other respects;

2. Summary judgment is **GRANTED** to Defendants on Plaintiff's claims that arise out of the Back Wage Compliance and Payment Agreement;

3. Summary judgment is **GRANTED** in full to Defendant Valley Hotel, Inc.;

4. Plaintiff's Motion for Partial Summary Judgment (ECF No. 53) is **GRANTED**.

5. Upon resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in accordance with this Order.

6. A telephonic status conference call with counsel will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge